IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02446-KLM

ELAINE KARUBUS,

    Plaintiff,

v.

PARKER SKILLED NURSING & REHABILITATION, LLC, an Illinois limited liability company doing business as Crown Crest of Parker, and
APEX HEALTHCARE SOLUTIONS, LLC, an Illinois limited liability company,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties' **Stipulated Motion to Dismiss With Prejudice** [#24] (the "Motion").[1]

    IT IS HEREBY **ORDERED** that the Motion [#24] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that all claims that were brought or which could have been asserted by Plaintiff against Defendants in this matter are **DISMISSED with prejudice**, with each party to pay its own attorneys' fees and costs.

    IT IS FURTHER **ORDERED** that this case is **CLOSED**.

Dated: April 16, 2015

BY THE COURT:

*Kristen L. Mix*
Kristen L. Mix
United States Magistrate Judge

---

[1] The parties consented to the jurisdiction of a magistrate judge for all purposes pursuant to the Court's Pilot Program and 28 U.S.C. § 636(c). [#18, #20].